CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

June 02, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
     DEPUTY CLERK

## Submission Form for
### Warrants, Complaints, Electronic Surveillance Orders, and Pole Camera Orders
[PLEASE SUBMIT THIS FORM TO THE CLERK'S OFFICE AT THE TIME OF FILING]

| | |
|---|---|
| **Application Type** | Indicate the type of application submitted (check **all** that apply). **Note**: Any requests for amendment/extension/extension of delayed notice for <u>previously issued</u> orders/warrants for items listed below should be taken to the 1st floor Clerk's Office intake.<br><br>☐ Search Warrant (search of person or property)<br>☐ Seizure Warrant<br>☑ Complaint<br>☐ Other: _____<br><br>Red Folder Matter. **Note**: Any requests for amendment/extension/extension of delayed notice for <u>previously issued</u> orders/warrants for items listed below should be taken to Dana Lassiter on 5th floor.<br><br>☐ Search Warrant (electronic surveillance)<br>☐ Tracking Warrant<br>☐ Pen Register/Trap and Trace (§§ 3122, 3123)<br>☐ Electronically Stored/Subscriber Information (§ 2703)<br>☐ Pole Camera<br>☐ 2703(d) Order for GJ Subpoena<br>☐ Title III documents (Chief Judge signature)<br>☐ Writs for GJ Witnesses (Chief Judge signature)<br>☐ Other: _____<br><br>FILED<br>MAY 30 2025<br>PETER A. MOORE, JR., CLERK<br>US DISTRICT COURT, EDNC<br>BY _____ DEP CLK |
| **County:** | N.C. county where person/property located (warrants) or where offenses occurred (complaints)<br><br>Johnston<br><br>OR<br><br>☐ Out of district (if application relates to location outside of EDNC) |
| **Submitting AUSA:** | Name: Erin Blondel<br>Office phone: 919-856-4458    Cell phone: 919-345-4609<br>Email: erin.blondel@usdoj.gov |
| **Agent:** | Name: SA Lauren Darden    Agency: FBI<br>Office phone:              Cell phone: 786-423-9547<br>Email: ldarden@fbi.gov |
| **Date and Time Needed:** | If the requested warrant or order is needed by a specific date and time, please indicate. COB 5/30/25<br>If needed in less than 24 hours, provide explanation: Defendant has a hearing in Virginia state court on Monday, and the state needs to dismiss charges in favor of federal prosecution by first thing Monday morning. |
| **Telephone Warrant Requested?** | ☑ Yes ☐ No |
| **Delayed Notice Request?** | Are you requesting a delayed notice of the warrant or order? ☐ Yes ☑ No<br>If so, specify the length of requested delay: _____ days |
| **Is the Delayed notice reportable?** | |
| **Seal Motion:** | Are you including a motion to seal? ☐ Yes ☑ No<br>Note: Please make sure that the motion and proposed order indicate: 1) whether you are seeking to seal the <u>entire case</u> or only <u>certain documents</u> in the case; and 2) the parties that will be permitted to receive copies of the documents that are subject to the seal order. |
| **Clerk's Office Use Only** | Case No(s) assigned:<br><br>5:25-mj-1684-RN |



AO 91 (Rev. 11/11) Criminal Complaint

FILED
MAY 30 2025

# UNITED STATES DISTRICT COURT
## for the
Eastern District of North Carolina



PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:25-mj-1684-RN |
| Jeffrey Bryant Champion | ) | |
| | ) | |
| | ) | 7:25mj114 |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 14 to December 6, 2024, in the county of Johnston in the
Eastern District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a), | interstate transportation of a minor to engage in criminal sexual activity |

This criminal complaint is based on these facts:

See attached

☒ Continued on the attached sheet.

_Complainant's signature_

FBI Special Agent Lauren Darden
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 over the telephone.

Date: May 30, 2025

_Judge's signature_

City and state: Raleigh, NC

Robert T. Numbers II, United States Magistrate Judge
_Printed name and title_



## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lauren Darden, a Special Agent (SA) with the Federal Bureau of Investigation (FBI) being duly sworn, depose and state as follows:

## BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2019. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in 18 U.S.C. §§ 1591, 2251 and 2252, et seq.

2. I am currently assigned to the FBI's Child Exploitation and Human Trafficking Task Force, Raleigh Resident Agency out of the Charlotte Division, which targets individuals involved in the online sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in child exploitation investigations and human trafficking investigations. Prior to my current assignment, I was assigned to the FBI Miami Division, where I was assigned to the violent crimes against children and human trafficking squad.

1

3. Thus, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in chapters 77, 110, and 117 of Title 18, United States Code.

4. This affidavit is submitted in support of a criminal complaint and arrest warrant for Jeffrey Bryant CHAMPION, born January 29, 1989, for violating 18 U.S.C. § 2423(a), transportation of a minor to engage in criminal sexual activity, specifically, production of child pornography in violation of 18 U.S.C. § 2251(a).

5. The information contained within this affidavit is based on information provided to me from other law enforcement officers and my own investigation. Since this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## PROBABLE CAUSE

6. As further set forth below, there is probable cause to believe that CHAMPION knowingly transported a minor victim (hereinafter Minor Victim) from New York on November 14, 2024, to North Carolina and then to Virginia, where CHAMPION was arrested on December 6, 2024. CHAMPION traveled with the intent to create child pornography and did create child pornography in Virginia before his arrest.



*Jeffrey CHAMPION*

7.   CHAMPION is a United States citizen and a longtime resident of the Eastern District of North Carolina. He was employed by the United States Army from 2009 to 2017. When CHAMPION enlisted in 2009, he listed his address as living in Raleigh, North Carolina. CHAMPION was honorably discharged from the United States Army in 2017, and CHAMPION listed his residence as 285A Spring Lake Road, Four Oaks, North Carolina, within the Eastern District of North Carolina.

8.   According to law enforcement databases, CHAMPION has traveled extensively internationally, including in Asia, since March 2018. But his registered address with the North Carolina Department of Motor Vehicles remains 285A Spring Lake Road, Four Oaks, North Carolina.

*Minor Victim's Travel to North Carolina*

9.   Minor Victim is a minor female, date of birth 11/10/2008, who possesses dual Thai-French citizenship and was residing in Thailand. On November 14, 2024, Minor Victim flew into JFK International Airport in New York, New York. She had turned sixteen just four days earlier. Her father contacted the FBI and reported her missing and reported that she was possibly in the company of CHAMPION.

10.  The FBI conducted Emergency Disclosure Requests (EDR) for all known phone numbers, email address, and social media accounts for Minor Victim, plus some accounts associated with CHAMPION. Results showed Minor Victim's IP addresses in locations consistent with her traveling toward North Carolina through New Jersey, Delaware, Washington D.C., as though she was traveling by car or some

3



other means other than airplane. Further IP analysis showed that while traveling, Minor Victim's IP addresses matched some of the IP addresses of CHAMPION's cell phone.

11.   The Johnston County Sheriff's Office (JCSO) in North Carolina conducted a welfare check for Minor Victim on December 3, 2024, at CHAMPION's residence, 285A Spring Lake Road, Four Oaks, North Carolina. Law enforcement contacted and interviewed CHAMPION at the residence. CHAMPION stated that Minor Victim was not at the residence.

12.   JCSO conducted a second welfare check for Minor Victim on December 5, 2024, at 285A Spring Lake Road, Four Oaks, North Carolina. Law enforcement interviewed an aunt of CHAMPION, who stated CHAMPION was no longer at the residence and that CHAMPION did not stay at the residence full time.

13.   On December 6, 2024, FBI Raleigh reviewed subscriber records from Minor Victim's Gmail address and determined that the last three login sessions occurred on 11/30/2024, 11/30/2024, and 12/2/2024 and were connected to a Charter Communications account attributed to 285A Spring Lake Road, Four Oaks, North Carolina, indicating that she had been at CHAMPION's Four Oaks residence at the time.

*Travel to Virginia and Arrest*

14.   On December 6, 2024, FBI Raleigh reviewed historical cell phone site records obtained from T-Mobile for a telephone number belonging to CHAMPION, 919-912-3602. This phone number was associated with CHAMPION's Gmail account,

4



jeff.spitfire@gmail.com. The records showed activity consistent with the phone traveling on December 4, 2024, leaving the area of Four Oaks, North Carolina between approximately 1:00 a.m. and 2:00 a.m. and arriving in the area of Lynchburg, Virginia, between approximately 5:00 a.m. and 7:00 a.m. License plate data also shows a 1987 Toyota Supra, NC LDP-8911 registered to CHAMPION traveling along routes connecting Four Oaks to Lynchburg.

15. Law enforcement determined that CHAMPION was likely located at 1500 Timberlake Road, APT 113, Lynchburg, Virginia. Surveillance confirmed CHAMPION's Toyota Supra was at that address. Law enforcement approached the apartment, and CHAMPION answered the door. Though he initially denied that Minor Victim had ever been at the apartment, he eventually admitted that she was present and let officers inside. Officers found Minor Victim in the bathroom of the master bedroom wearing heavy makeup, fishnet stockings and a bathrobe.

16. CHAMPION began making statements to law enforcement on scene. He admitted to traveling to Thailand and to having a relationship with Minor Victim. CHAMPION stated that he picked up Minor Victim at New York JFK Airport in his 1987 Toyota Supra, NC LDP-8911 and drove to 285A Spring Lake Road, Four Oaks, North Carolina. He ultimately also admitted that he had paid for her airplane tickets from Thailand to New York's JFK Airport.

17. Lynchburg Police Department officers arrested CHAMPION on state offenses. Law enforcement seized a laptop and a cell phone belonging to CHAMPION in the Lynchburg apartment.



*Minor Victim's CAFI*

18. On December 11, 2024, FBI conducted a Child Adolescent Forensic Interview (CAFI) with Minor Victim in Forest, Virginia. Minor Victim was accompanied by a Lynchburg Child Protective Services caseworker. During the CAFI, Minor Victim informed investigators that Minor Victim was introduced to CHAMPION by Harper Gray, CHAMPION's ex-girlfriend, while Minor Victim was in Thailand. When Minor Victim first met CHAMPION, Minor Victim was 13 years old. The purpose of introducing Minor Victim to CHAMPION was to engage in a sexual three-some with CHAMPION, GRAY, and Minor Victim.

19. When Minor Victim was 14 years old, CHAMPION and Gray ended their relationship, and Minor Victim and CHAMPION began a relationship. CHAMPION was aware of Minor Victim's actual age in the timeframe after the first sexual three-some with CHAMPION, Gray, and Minor Victim, but before CHAMPION and Minor Victim began dating.

20. Minor Victim and CHAMPION communicated through Instagram, WhatsApp, and Mega while CHAMPION was in the United States and Minor Victim was in Thailand. CHAMPION instructed Minor Victim to send photographs of herself naked and sexual videos of herself "riding dildos." CHAMPION stored the naked photographs and sexual videos of Minor Victim on CHAMPION's laptop.

21. CHAMPION bought and paid for the airfare for Minor Victim to travel to the United States. On November 14, 2024, Minor Victim arrived in New York and stayed in New York with CHAMPION for three or four days. While in New York,



CHAMPION engaged in oral and vaginal sex with Minor Victim. CHAMPION rented a U-Haul truck to transport his broken-down vehicle, and CHAMPION drove Minor Victim to North Carolina. In North Carolina, CHAMPION rubbed the inside of Minor Victim's vagina for the purpose of making Minor Victim orgasm. Once CHAMPION and Minor Victim arrived in Virginia, Minor Victim engaged in oral sex on CHAMPION's penis.

*Search of CHAMPION's Devices and CSAM*

22. On January 30, 2025, United States Magistrate Judge James E. Gates for the Eastern District of North Carolina authorized a federal search warrant for the search and forensic analysis of CHAMPION's Asus laptop computer and Google Pixel 7 Pro telephone that were seized in Lynchburg. *See* 5:25-MJ-1116-JG.

23. Forensic analysis is ongoing. But a preliminary analysis of CHAMPION's Google Pixel phone revealed over 100 photographs depicting CSAM of the minor victim. Among others, the following images were found by investigators:

| Date | Description of Photograph | Metadata |
|---|---|---|
| 5/21/2019 | Photograph depicting Minor Victim completely face down on the bed, with her naked buttocks exposed | Taken using a Samsung SM-G930V |
| 1/21/2022 | Photograph depicting Minor Victim engaging in illicit sexual conduct with CHAMPION | No metadata found |



| | | |
|---|---|---|
| 11/15/2023 | Photograph depicting Minor Victim and an unknown female performing oral sex on CHAMPION | Taken on CHAMPION's phone while in Thailand |
| 4/22/2024 | Photograph depicting Minor Victim engaging in oral sex with CHAMPION | |
| 11/3/2024 through 11/11/2024 | Multiple photographs depicting Minor Victim engaging in sexual acts on herself. (Appear to be screenshots of videos CHAMPION requested Minor Victim to send him of Minor Victim "riding dildos") | Found in the "screenshots" folder on CHAMPION's mobile phone |
| 12/4/2024 | Photograph depicting Minor Victim's naked breasts and vagina | Photo taken on CHAMPION's mobile phone while in Lynchburg, Virginia |

## CONCLUSION

24. Based on the facts described above, there is probable cause to believe that from on or about November 14, 2023, continuing to December 6, 2024, in the Eastern District of North Carolina, Jeffrey Bryant CHAMPION did knowingly engage in interstate transportation of a minor to engage in criminal sexual activity

8

in violation of 18 U.S.C. § 2423(a), specifically, production of child pornography in violation of 18 U.S.C. § 2251(e).

Respectfully submitted,

Special Agent Lauren Darden
Federal Bureau of Investigation

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this written affidavit.
Dated: May 30, 2025

Robert T. Numbers, II
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Jeffrey Bryant Champion

Case No. 5:25-mj-1684-RN

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jeffrey Bryant Champion,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

On or about November 14, 2023, continuing to on or about December 6, 2024, in the Eastern District of North Carolina, Jeffrey Bryant CHAMPION did knowingly engage in interstate transportation of a minor to engage in criminal sexual activity in violation of 18 U.S.C. § 2423(a), specifically, production of child pornography in violation of 18 U.S.C. § 2251(e).

Date and time issued: May 30, 2025 2:17 pm

Robert T. Numbers II
*Judge's signature*

City and state: Raleigh, North Carolina

Robert T. Numbers, II United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

